IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| The Satanic Temple, Inc., and Mortimer Adramelech,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Campbell, Director of the Iowa Department of Administrative Services, *in his official and individual capacities*, Adam Steen, former Director of the Iowa Department of Administrative Services, *in his individual capacity,* and the Iowa Department of Administrative Services,<br><br>Defendants. | Case No. 4:26-cv-336<br><br>**NOTICE OF ERRATA**<br><br>**CIVIL RIGHTS COMPLAINT FOR DECLARATORY AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND DAMAGES** |

**COME NOW** Counsel for Plaintiffs, The Satanic Temple, Inc. and Mortimer Adramelech, and hereby file this Notice of Errata and a corrected copy of ECF 1-0.

Counsel has discovered and is correcting the following errors:

In the Civil Rights Complaint for Declaratory and Preliminary Injunctive Relief, and Damages (ECF 1-0), Counsel has corrected a set of misplaced quotation marks in paragraph 60, as well as inadvertent errors in the pagination of some citations.

WHEREFORE, Counsel for Plaintiffs request that the corrected copy of the Civil Rights Complaint for Declaratory and Preliminary Injunctive Relief and Damages (ECF 1-0) be substituted for the previously filed version.

Respectfully submitted this 18th day of August 2026.

/s/ Shefali Aurora
Shefali Aurora, AT00012874

/s/ Rita Bettis Austen
Rita Bettis Austen, AT0011558
/s/ Thomas Story
Thomas Story, AT0013130

ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 243-3988
Fax: (515) 243-8506
Email: Shefali.Aurora@aclu-ia.org
Email: Rita.Bettis@aclu-ia.org
Email: Thomas.Story@aclu-ia.org

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

The foregoing paper and attachments will also be served along with the Complaint and Summons to all Defendants.

Date: August 18, 2026

/s/ Shefali Aurora
Shefali Aurora, AT00012874

ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515)243-3988
Fax: (515) 243-8506
Email: Shefali.Aurora@aclu-ia.org