# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| The Satanic Temple, Inc., and Mortimer Adramelech,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Campbell, Director of the Iowa Department of Administrative Services, *in his official and individual capacities*, Adam Steen, former Director of the Iowa Department of Administrative Services, *in his individual capacity,* and the Iowa Department of Administrative Services,<br><br>Defendants. | Case No. 4:26-cv-336<br><br>**PROFESSIONAL STATEMENT IN SUPPORT OF KEZHAYA PRO HAC VICE APPLICATION** |

Counsel for Plaintiffs, Rita Bettis Austen, states the following in support of Matt Kezhaya's application for admission pro hac vice before this Court:

1. Mr. Kezhaya has disclosed to the ACLU of Iowa and the clients in this case his previous two sanctions/reprimands listed in his application for admission pro hac vice, and I have reviewed the court's orders in those cases. I have discussed them with Mr. Kezhaya and feel assured that the issues pointed to by the courts in those cases will not arise in this matter. This understanding is further supported by the following.
2. We have been working with Mr. Kezhaya on this matter since the events leading to this litigation occurred in 2024. Our experience of working with him over approximately two years is that he has been professional, diligent, ethical, and competent.

3. As general counsel for The Satanic Temple who represents and has represented them in numerous First Amendment cases around the country, Mr. Kezhaya brings unique experience and expertise to this matter. This includes most recently the successful case *Cave et al v. Jester*, 829 F. Supp. 3d 582, 597 (E.D. Ark. 2026) (granting plaintiffs' motion for summary judgment on their challenge to the State of Arkansas's disparate treatment of a donated Ten Commandments monument and a donated Baphomet monument).
4. Consistent with our internal and regular standards of practice, our co-counseling and client engagement agreements in this case, as well as Iowa Ethics Opinion 13-02, our team of three attorneys with the ACLU of Iowa on this case will continue to review and approve any and all filings and representations to the Court in this case, as well as lead or participate in all communications with opposing counsel. *See* Iowa State Bar Assn., IA Ethics Opinion 13-02 Pro Hac Vice Counsel (Aug. 6, 2013), *available at* http://205.209.45.153/iabar/IowaEthicsOpinions.nsf/b6868944e3311dd087258110004293 4f/c296915a97b6db8c872581100042b929/$FILE/IA%20Ethics%20Opinion%2013-02%20Pro%20Hac%20Vice%20Counsel.pdf.
5. I am aware that since the sanctions/reprimands were ordered, Mr. Kezhaya has sought and in all cases been granted admission pro hac vice by federal courts in other jurisdictions, including the State of Washington, the Northern District of Illinois, and the Southern District of New York. Based on the experience that my colleagues and I have had in co-counseling with Mr. Kezhaya in this matter since

2024, I am comfortable sponsoring Mr. Kezhaya's pro hac vice application, and respectfully ask this Court to grant his application, as have those other courts.

Respectfully submitted this 18th day of August 2026:

/s/Rita Bettis Austen
Rita Bettis Austen, AT0011558
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 243-3988
Fax: (515) 243-8506
Email: Rita.Bettis@aclu-ia.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

The foregoing paper and attachments will also be served along with the Complaint and Summons to all Defendants.

Date: August 18, 2026

By: *_/s/ Matt Kezhaya_*
Matt Kezhaya
Kezhaya Law PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (612) 276-2216
email: matt@kezhaya.law