IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

EXHIBIT D

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and MORTIMER ADRAMELECH,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>Defendants. | Case No. 4:26-cv-336<br><br>**DEFENDANTS' PROPOSED FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF THE SATANIC TEMPLE, INC.** |

COME NOW the Iowa Department of Administrative Services, Director Mark Campbell, and Former Director Adam Steen ("Defendants") and, subject to and on the Court's order granting leave to conduct limited expedited discovery under Federal Rule of Civil Procedure 26(d)(1), request under Federal Rule of Civil Procedure 34 that Plaintiff The Satanic Temple, Inc. ("Plaintiff" or "You") produce the documents described below and serve its written responses and objections within fourteen (14) days of the date of the Court's order, or on such other date as the Court may direct.

## DEFINITIONS AND INSTRUCTIONS

1. The terms "You," "Your," and "TST" mean Plaintiff The Satanic Temple, Inc., together with any predecessor, successor, parent, subsidiary, division, affiliate, chapter, or assumed-name entity through which it operates—including United Federation of Churches, LLC—and any officer, director, member, employee, agent, or other person acting on its behalf, but only as to documents within Plaintiff's possession, custody, or control within the meaning of Federal Rule of Civil Procedure 34(a)(1).

2. "Document" has the meaning given in Federal Rules of Civil Procedure 34(a)(1)(A) and includes electronically stored information.

3. "Documents sufficient to show" means the least number of documents necessary to establish the fact identified. Defendants do not request that You create any document that does not already exist.

4. Unless a Request states otherwise, the relevant time period is January 1, 2023, to the present.

5. Produce documents as they are kept in the usual course of business or organized and labeled to correspond to the Request to which they respond. Produce electronically stored information in a reasonably usable form, with document-level text and metadata where reasonably available.

6. If You withhold any document on a claim of privilege or work product, provide a log conforming to Federal Rule of Civil Procedure 26(b)(5)(A).

7. If You withhold any document on the ground that it is held by an entity other than The Satanic Temple, Inc., state whether the document is nonetheless within Your possession, custody, or control, and identify the entity that holds it.

8. Defendants will stipulate to a protective order, and any document produced in response to these Requests may be designated "Confidential" pending entry of such an order. Defendants do not seek, and these Requests should not be read to call for, the names or contact information of individual members or donors; such information may be redacted.

9. These Requests are continuing in nature, and You must supplement Your responses in accordance with Federal Rule of Civil Procedure 26(e).

## REQUESTS FOR PRODUCTION

**REQUEST 1:** Produce Your application to the Internal Revenue Service for recognition as a church under Internal Revenue Code § 170(b)(1)(A)(i), including all forms, schedules, attachments, narrative responses, and supplements, together with all correspondence between You and the Internal Revenue Service concerning that application or concerning Your classification as a church.

**RESPONSE:**

**REQUEST 2:** Produce documents that show the religious services You held from January 1, 2023, to the present, including service schedules, orders of service or liturgies, the locations at which services were held, announcements or notices of services, and records of attendance. Please ensure inclusion of all the same within the State of Iowa too.

**RESPONSE:**

**REQUEST 3:** Produce documents sufficient to identify Your ordained ministers, clergy, or their equivalent, and to show the requirements for ordination, including any prescribed course of study or training.

**RESPONSE:**

**REQUEST 4:** Produce documents sufficient to show the requirements for membership in TST, including any membership application, affirmation of belief, dues, or fee, and documents that show the number of TST members in Iowa.

**RESPONSE:**

**REQUEST 5:** Produce documents constituting or describing Your creed, tenets, doctrine, code of discipline, and religious literature, including any materials used for religious instruction of members or of the young.

**RESPONSE:**

**REQUEST 6:** Produce all documents concerning Plaintiffs' application to hold a holiday event at the Iowa Capitol Rotunda on December 12, 2026, including the application and supporting materials, the planned program or order of events, and internal communications concerning the purpose of the event.

**RESPONSE:**

**REQUEST 7:** Produce documents sufficient to show Plaintiff Mortimer Adramelech's membership in TST and his participation in TST's religious services, practices, or observances.

**RESPONSE:**

**REQUEST 8:** Produce documents sufficient to show Your total revenues and expenditures for fiscal years 2023, 2024, and 2025, broken out by function—including amounts received or expended in connection with (a) religious services and religious programming; (b) litigation and legal advocacy; (c) legislative, political, or public-policy advocacy; and (d) the sale of merchandise, including at events such as SatanCon. Annual financial statements, audited financial statements, board-approved budgets, or profit-and-loss statements sufficient to show these categories will satisfy this Request.

**RESPONSE:**

**REQUEST 9:** Produce documents sufficient to identify the charitable organizations to which You contributed funds from January 1, 2023, to the present and the amounts contributed.

**RESPONSE:**

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Lindsey L. Browning*
LINDSEY L. BROWNING AT0011959
Assistant Attorney General
Agency Counsel Division
1305 E. Walnut St., Second Fl.
Des Moines, IA 50319
Ph: (515) 281-3441
Fax: (515) 281-4209
Email: lindsey.browning@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

Counsel of record served via CM-ECF
on August 28, 2026.