IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and MORTIMER ADRAMELECH,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>Defendants. | Case No. 4:26-cv-336 |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO CONDUCT DISCOVERY LIMITED TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This Matter, having come before the Court on the Defendants' Motion for Leave to Conduct Discovery Regarding Plaintiffs' Motion for Preliminary Injunction, and It Appearing, for good cause shown, that the Motion should be granted.

IT IS HEREBY ORDERED that Defendants are granted leave to conduct discovery limited to the issue of the Court's subject-matter jurisdiction over Plaintiffs.

ENTERED THIS ___ DAY OF _____ , 2026

By ___________________________
Stephanie M. Rose
United States District Judge