IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and MORTIMER ADRAMELECH ,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>*Defendants*. | Case No. 4:26-cv-336<br><br>**DECLARATION OF MARK CAMPBELL** |

**DECLARATION OF MARK CAMPBELL**

I, Mark Campbell, hereby state:

1. I am the Director of the Iowa Department of Administrative Services ("DAS"). I have served in this capacity since October 2025.

2. DAS's purpose is to manage and coordinate the major resources of Iowa's government including the human, financial, and physical resources of state government. Iowa Code § 8A.103.

3. Among DAS's many administrative functions is the review of event applications for use of the physical space in the Iowa State Capitol Building. Iowa Admin. Code r. 11-100.4.

4. All events are subject to restrictions imposed by statute, regulation, and policy.

5. An individual or group seeking to hold an event at the Capitol must submit an application, which can be found at das.iowa.gov.

6. The applicant will be required to execute a memorandum of understanding ("MOU"), which must be countersigned by DAS before the event may proceed.

7. Public groups sometimes utilize the Capitol Rotunda to provide information about their organizations or groups, for example.

8. Displays have also been permitted in the Rotunda, including a display by The Satanic Temple of Iowa in 2023.

9. To the best of my knowledge, DAS has never approved an application for a costume competition inside or outside the Iowa State Capitol Building.

10. To the best of my knowledge, no costumed individual accompanying a display or event in the Capitol building itself has ever received approval from DAS.

11. In November 2025, in my capacity as Director of DAS, I had the opportunity to review the application of The Satanic Temple of Iowa and Mortimer Adramelech for their proposed holiday event.

12. Given my role, I was aware of the previous rejection of the group's 2024 holiday event application on the basis of the "Krampus Costume Contest."

13. The group's 2025 application included the "Krampus Costume Contest" again and used the same photographs from the prior year to depict the group's prospective costumes.

14. On November 24, 2025, I denied the group's 2025 application.

15. On September 11, 2026, I denied The Satanic Temple of Iowa's 2026 application for the same event as submitted by Mortimer Adramelech.

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true and correct.

Executed in Des Moines, Iowa, this 21st day of September 2026.

Mark Campbell, Director
Iowa Department of Administrative Services