IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and MORTIMER ADRAMELECH,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>Defendants. | Case No. 4:26-cv-336<br><br>**DEFENDANTS' WITNESS AND EXHIBIT LIST** |

**COME NOW** the Defendants and provide the following list of witnesses and exhibits to be used during the October 6 preliminary injunction hearing. The Defendants reserve the right to supplement this list.

## WITNESSES

1. Mark Campbell, Director of the Iowa Department of Administrative Services
2. Any witness necessary to lay foundation for the admission of an exhibit.
3. Any witness listed or called by the Plaintiffs.
4. Any witness necessary to refute or respond to unanticipated evidence offered by Plaintiffs or to the discovery Plaintiffs are ordered to propound to Defendants by October 2, 2026.
5. Any witness necessary for impeachment purposes.

## EXHIBITS

**Exhibit 1** –Declaration of Mark Campbell, Director of the Iowa Department of Administrative Service

Defendants reserve the right to offer the following:

a. Any exhibit necessary to refute or respond to unanticipated evidence offered by the Plaintiffs or to the discovery Plaintiffs owe Defendants by October 2, 2026.
b. Any exhibit listed by the Plaintiffs.
c. Any exhibit necessary for impeachment purposes.
d. Any exhibit or document informally and/or formally produced to the Plaintiffs.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Lindsey L. Browning*

LINDSEY L. BROWNING AT0011959
Assistant Attorney General
Agency Counsel Division
1305 E. Walnut St., Second Fl.
Des Moines, IA 50319
Ph: (515) 281-3441
Fax: (515) 281-4209
Email: lindsey.browning@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

Counsel of record served via CM-ECF
on October 1, 2026.