**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:26-cv-00336-SMR-HCA : Clerk's Court Minutes – Preliminary Injunction Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| The Satanic Temple, Inc. | Iowa Department of Administrative Services |

Plaintiff(s) Counsel: Shefali Aurora, Emily Elaine Wilson, Matt Kezhaya

Defendant(s) Counsel: Lindsey Browning, Patrick Cannon Valencia, Eric H. Wessan, Jeffrey C. Peterzalek

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| MOTION for Preliminary Injunction [3] | | X |

Proceedings:

Court and counsel are present for an Preliminary Injunction Hearing. Roll call taken. Plaintiff's Exhibits 1-4 offered and admitted. Plaintiff calls witness Lucien Greaves. Witness sworn and testifies. Plaintiff calls witness Mortimer Adramelech. Witness sworn and testifies. Plaintiff calls witness Adam Steen. Witness sworn and testifies. Plaintiff calls witness Mark Campbell. Witness sworn and testifies. 10:55 AM Court recesses.

11:14 AM Court resumes. 11:15 AM Argument by Plaintiff. 11:28 AM Continued argument by Plaintiff. 11:33 AM Argument by Defendant. 11:59 AM Rebuttal argument by Plaintiff. 12:08 PM Continued rebuttal by Plaintiff. 12:11 PM Rebuttal by Defendant.

Court reserves ruling.

Adjourn.

Time Start: 9:01 AM
Time End: 12:12 PM
Date: October 6, 2026

/s/ Penny Luthens
Deputy Clerk