IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,**<br><br>**Defendant.** | **No. 4:26-cv-00336-SMR-HCA**<br>**EVIDENTIARY HEARING EXHIBIT LIST** |

# PLAINTIFF EXHIBITS

| **NO.** | **DESCRIPTION** | **I** | **O** | **OBJ** | **R** | **RSO** | **OS** | **DATE** |
|---|---|---|---|---|---|---|---|---|
| 1 | YouTube Video 11/24/2025 | X | X | | X | | | 10/6/2026 |
| 2 | Declaration of Mark Campbell | X | X | | X | | | 10/6/2026 |
| 3 | Excerpts from Plaintiffs' Exhibit 18 | X | X | | X | | | 10/6/2026 |
| 4 | Article re. Adam Steen 10/17/2025 | X | X | | X | | | 10/6/2026 |

# DEFENSE EXHIBITS

| **NO.** | **DESCRIPTION** | **I** | **O** | **OBJ** | **R** | **RSO** | **OS** | **DATE** |
|---|---|---|---|---|---|---|---|---|
| | **No exhibits** | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order