**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC. ET AL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES**<br>**Defendant.** | **No. 4:26-cv-00336-SMR-HCA**<br>**EVIDENTIARY HEARING WITNESS LIST** |

# PLAINTIFF WITNESSES

| NAME | DATE | TIME | |
|---|---|---|---|
| | | START | STOP |
| **Lucien Greaves** | **10/6/2026** | **9:07 AM** | **9:07 AM** |
| Direct Examination | | 9:07 AM | 9:14 AM |
| Cross Examination | | 9:14 AM | 9:19 AM |
| | | | |
| **Mortimer Adramelech** | **10/6/2026** | **9:20 AM** | **9:33 AM** |
| Direct Examination | | 9:20 AM | 9:27 AM |
| Cross Examination | | 9:27 AM | 9:30 AM |
| Redirect Examination | | 9:30 AM | 9:33 AM |
| | | | |
| **Adam Steen** | **10/6/2026** | **9:34 AM** | **10:01 AM** |
| Direct Examination | | 9:34 AM | 9:43 AM |
| Cross Examination | | 9:43 AM | 9:49 AM |
| Redirect Examination | | 9:49 AM | 9:53 AM |
| Recross Examination | | 9:53 AM | 9:54 AM |
| Redirect Examination | | 9:54 AM | 10:00 AM |
| Recross Examination | | 10:00 AM | 10:01 AM |
| Redirect Examination | | 10:01 AM | 10:01 AM |

| **Mark Campbell** | **10/6/2026** | **10:02 AM** | **10:53 AM** |
|---|---|---|---|
| Direct Examination | | 10:02 AM | 10:38 AM |
| Cross Examination | | 10:38 AM | 10:49 AM |
| Redirect Examination | | 10:49 AM | 10:52 AM |
| Recross | | 10:52 AM | 10:53 AM |

---

## DEFENSE WITNESSES

| **NAME** | **DATE** | **TIME** | |
|---|---|---|---|
| | | **START** | **STOP** |
| N/A | | | |