**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| THE SATANIC TEMPLE, INC. and MORTIMER ADRAMELECH,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>*Defendants.* | Case No. 4:26-cv-336-SMR-HCA<br><br>**DEFENDANTS' NOTICE IN RESPONSE TO QUESTIONS AT PRELIMINARY INJUNCTION HEARING** |

Defendants respectfully submit this notice in response to questions at the preliminary injunction hearing on October, 6, 2026.

1. At the hearing, Director Campbell testified that, if Plaintiffs resubmitted an identical application for their requested 2026 event but omitted the Krampus costumes, he would anticipate no further problems with the application. Director Campbell also testified that DAS would process such an application within a week of receipt. Campbell Decl. ¶ 2.

2. To date, Plaintiffs have not submitted a revised application omitting the Krampus costumes. Campbell Decl. ¶ 3.

3. At the preliminary injunction hearing, Director Campbell was asked about the typical timeframe for processing event applications, including whether any applications other than Plaintiffs' 2026 Krampus costume event have taken six months to approve or deny. At the hearing, Director Campbell testified to the best of his knowledge but was not aware of the specific timeframes for each application DAS has received. Campbell Decl. ¶ 4.

4. Plaintiffs received a memorandum of understanding ("MOU") for their 2026 application 130 days after submitting the application. Dkt. 11-2 ¶ 45.

5. After the preliminary injunction hearing, DAS compiled a list of requested events with application dates between January 1, 2026, and June 30, 2026, and noted the processing times for DAS to send an MOU to the event requestor. Campbell Decl. ¶¶ 5–7.

6. A list of the event applications between January 1, 2026, and June 30, 2026, with comparable or longer processing times as Plaintiffs' 2026 application or for which DAS has not yet sent an MOU is attached as Exhibit A.

7. That list contains 43 requested events for which DAS sent the applicant an MOU after a comparable or longer amount of time than Plaintiffs' 2026 application. Of those 43 events, 34 event requestors received an MOU 200 or more days after submitting the application. Exhibit A.

8. That list also reflects 85 additional events applied for between January 1, 2026, and June 30, 2026, for which DAS has not yet sent an MOU to the event requestor. Exhibit A.

October 13, 2026

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*

LINDSEY BROWNING
*Assistant Attorney General,*
*Agency Counsel Division*

PATRICK C. VALENCIA
*Deputy Solicitor General*

*/s/ Catherine Frappier*
CATHERINE FRAPPIER
*Assistant Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-5132
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
lindsey.browning@ag.iowa.gov
patrick.valencia@ag.iowa.gov
catherine.frappier@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*