IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and MORTIMER ADRAMELECH ,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>*Defendants*. | Case No. 4:26-cv-336-SMR-HCA<br><br>**DECLARATION OF MARK CAMPBELL** |

**DECLARATION OF MARK CAMPBELL**

I, Mark Campbell, hereby state:

1. I am the Director of the Iowa Department of Administrative Services ("DAS").

2. As I testified at the preliminary injunction hearing on October 6, 2026, should the Satanic Temple have resubmitted an otherwise identical application omitting the Krampus costumes and costume contest, which I determined were harmful to children, I would promptly review the application within one week and do not anticipate any other problems with such an application.

3. To date, the Satanic Temple has not submitted a revised application omitting the Krampus costumes or otherwise contacted me to discuss omitting the Krampus costumes.

4. At the hearing, I was asked about the typical timeframe for processing event applications, including whether any applications other than the Satanic Temple's 2026 Krampus costume event had taken six months to approve or deny. At the hearing, I testified to the best of my knowledge but at the time was not aware of the specific timeframes for each application DAS has received.

5. After the October 6 hearing, DAS compiled a list of event applications between January 1, 2026, and June 30, 2026, and calculated the length between the date of the application and the date DAS sent a memorandum of understanding ("MOU") to the event requestor.

6. The list contains numerous events with application dates between January 1, 2026, and June 30, 2026, for which the event requestor received an MOU after either a comparable or longer length of time than the Satanic Temple. Of those events, for dozens it took 200 days or longer for the requestor to receive an MOU.

7. The list also contains numerous requested events with an application date between January 1, 2026, and June 30, 2026, for which the event requestor has not yet received an MOU.

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true and correct.

Executed in Des Moines, Iowa, this 13th day of October, 2026.

Mark Campbell, Director
Iowa Department of Administrative Services