# Exhibit A

| | Application Date | Event Date | # of days btwn application - event | Date the MOU was sent to the Event Requestor | # of days btwn application - MOU | Event Requestor | Event Title |
|---|---|---|---|---|---|---|---|
| 1 | 1/12/2026 | 1/12/2027 | 365 | 9/1/2026 | 232 | Des Moines Water Works | Des Moines Water Works Legislative Breakfast |
| 2 | 1/12/2026 | 1/12/2027 | 365 | 8/28/2026 | 228 | Iowa Department of Health and Human Services | SIYAC, YJC, and ISTEP Day on the Hill |
| 3 | 1/12/2026 | 1/12/2027 | 365 | 9/2/2026 | 233 | Iowa Board of Regents | Iowa Board of Regents Welcome Back Reception |
| 4 | 1/12/2026 | 1/11/2027 | 364 | 8/28/2026 | 228 | Iowans Unafraid | Iowans Unafraid |
| 5 | 1/13/2026 | 1/13/2027 | 365 | 9/2/2026 | 232 | Iowa Juvenile Court Services Association | IJCSA Legislative Breakfast |
| 6 | 1/14/2026 | 1/13/2027 | 364 | 9/2/2026 | 231 | Gabby Fistler | Informed Choice Iowa |
| 7 | 1/15/2026 | 1/13/2027 | 363 | 9/2/2026 | 230 | Moms For Liberty-Iowa | Moms For Liberty-Iowa |
| 8 | 1/19/2026 | 1/19/2027 | 365 | 10/8/2026 | 262 | Iowa Alliance of YMCA's | Iowa Alliance of YMCA's Lobby Day |
| 9 | 1/19/2026 | 1/19/2027 | 365 | 9/3/2026 | 227 | Family Planning Council of Iowa | FPCI Capitol Day |
| 10 | 1/19/2026 | 1/19/2027 | 365 | 9/3/2026 | 227 | 1000 Friends of Iowa | Best Development Awards Ceremony |
| 11 | 1/20/2026 | 1/20/2027 | 365 | 9/3/2026 | 226 | Easter Seals Iowa | Easter Seals Iowa Lobby Day |
| 12 | 1/21/2026 | 1/21/2027 | 365 | 9/3/2026 | 225 | Iowa Association of Colleges for Teacher Education | Iowa Association of Colleges for Teacher Education |
| 13 | 1/23/2026 | 1/21/2027 | 363 | 9/3/2026 | 223 | Iowa Network Against Human Trafficking | Governor's Outstanding Anti-Trafficking Awards and Proclamation |
| 14 | 1/26/2026 | 1/26/2027 | 365 | 9/3/2026 | 220 | EveryStep Iowa | EveryStep Lobby Day |
| 15 | 1/26/2026 | 1/26/2027 | 365 | 9/3/2026 | 220 | Iowa Food System Coalition | Iowa Local Food Breakfast |
| 16 | 1/27/2026 | 1/27/2027 | 365 | 9/3/2026 | 219 | Des Moines University | Des Moines University Legislative Breakfast |
| 17 | 1/27/2026 | 1/27/2027 | 365 | 9/3/2026 | 219 | Cyndi Pederson | Firefighter Chili Cook-Off |
| 18 | 1/27/2026 | 1/25/2027 | 363 | 9/3/2026 | 219 | Iowa Association of School Boards | Day on Hill with the AEA's, IASB, and SAI |
| 19 | 1/27/2026 | 1/27/2027 | 365 | 9/8/2026 | 224 | Iowa DD Council | Disability Advocacy Day with the Iowa DD Council and partners |
| 20 | 1/28/2026 | 1/28/2027 | 365 | 9/8/2026 | 223 | Autism Society of Iowa | Autism Society of Iowa Advocacy and Acceptance Day on the Hill |
| 21 | 1/28/2026 | 1/27/2027 | 364 | 9/3/2026 | 218 | Habitat for Humanity of Iowa | Habitat Day at the Capitol |
| 22 | 1/28/2026 | 1/27/2027 | 364 | 9/3/2026 | 218 | Iowa Automatic Merchandising Association | IAMA Day on the Hill |
| 23 | 1/30/2026 | 1/26/2027 | 361 | 9/3/2026 | 216 | Jill Friestad-Tate | Dolly Parton's Imagination Library Day |
| 24 | 2/2/2026 | 2/2/2027 | 365 | 9/9/2026 | 219 | Decoding Dyslexia Iowa | Decoding Dyslexia Iowa Lobby Day |
| 25 | 2/2/2026 | 2/2/2027 | 365 | MOU is not drafted | | Iowa Medical Society | Physician Day on the Hill |
| 26 | 2/2/2026 | 2/2/2027 | 365 | 9/9/2026 | 219 | Iowa Institute for Cooperatives | Iowa Institute for Cooperatives Legislative Breakfast |
| 27 | 2/2/2026 | 1/27/2027 | 359 | 9/3/2026 | 213 | Iowa SIDS Foundation | 2027 Iowa SIDS Foundation Day on the Hill |
| 28 | 2/2/2026 | 1/26/2027 | 358 | 9/3/2026 | 213 | AARP Iowa | AARP Iowa Capitol Coffee |
| 29 | 2/2/2026 | 2/2/2027 | 365 | MOU is not drafted | | Lutheran Services in Iowa | Lutheran Day on the Hill |
| 30 | 2/3/2026 | 2/3/2027 | 365 | MOU is not drafted | | Iowa Physician Associate Society | IPAS Day on the Hill |
| 31 | 2/3/2026 | 2/3/2027 | 365 | MOU is not drafted | | Iowa REALTORS | Iowa REALTORS - Capitol Conference |
| 32 | 2/3/2026 | 2/3/2027 | 365 | MOU is not drafted | | FaDSS | FaDSS Legislative Reception |
| 33 | 2/4/2026 | 2/4/2027 | 365 | MOU is not drafted | | ABATE of Iowa | ABATE of Iowa Lobby Day |
| 34 | 2/4/2026 | 1/14/2027 | 344 | 9/2/2026 | 210 | Iowa National Guard | IANG Legislative Breakfast |
| 35 | 2/6/2026 | 2/2/2027 | 361 | 9/9/2026 | 215 | Blank Children's Hospital & AAP Iowa Chapter | AAP & Blank Children's Hospital Legislative Breakfast |
| 36 | 2/8/2026 | 2/8/2027 | 365 | MOU is not drafted | | Iowa Behavioral Health Association | BEHAVIORAL HEALTH DAY ON THE HILL |
| 37 | 2/9/2026 | 2/9/2027 | 365 | MOU is not drafted | | Iowa Natural Heritage Foundation | Celebrate Iowa's Outdoors Day |
| 38 | 2/9/2026 | 2/9/2027 | 365 | 9/24/2026 | 227 | Iowa Fraternal Order of Police | Iowa Fraternal Police Day on the Hill |
| 39 | 2/10/2026 | 2/10/2027 | 365 | MOU is not drafted | | Iowa Athletic Trainers Society | Athletic Training Hill Day |
| 40 | 2/10/2026 | 2/10/2027 | 365 | MOU is not drafted | | Donald Miksell | Iowa Association of the Deaf |
| 41 | 2/10/2026 | 2/10/2027 | 365 | MOU is not drafted | | Iowa Food Bank Association | Iowa Food Bank Day on the Hill |
| 42 | 2/12/2026 | 1/26/2027 | 348 | 9/3/2026 | 203 | Postpartum Support International- Iowa | Maternal Health Day on the Hill |
| 43 | 2/12/2026 | 2/11/2027 | 364 | MOU is not drafted | | Iowa AEYC | Child Care Day on the Hill |
| 44 | 2/13/2026 | 2/11/2027 | 363 | MOU is not drafted | | Amara Huffine | American Foundation for Suicide Prevention Iowa Advocacy Action Day |
| 45 | 2/17/2026 | 2/17/2027 | 365 | MOU is not drafted | | Iowa Cattlemen's Association | Cattlemen at the Capitol |
| 46 | 2/17/2026 | 2/16/2027 | 364 | MOU is not drafted | | Iowa Speech-Language Hearing Association | ISHA Lobby Day |
| 47 | 2/17/2026 | 2/16/2027 | 364 | MOU is not drafted | | Iowa Occupational Therapy Association | IOTA Lobby Day |
| 48 | 2/17/2026 | 2/17/2027 | 365 | MOU is not drafted | | Brain Injury Association of Iowa | Brain Injury Association of Iowa Lobby Day |
| 49 | 2/17/2026 | 2/11/2027 | 359 | MOU is not drafted | | School Nutrition Association Iowa | School Nutrition Association Iowa Breakfast |
| 50 | 2/18/2026 | 2/18/2027 | 365 | 9/9/2026 | 203 | Iowa Podiatric Medical Society | Iowa Podiatric Medical Society Day on the Hill |
| 51 | 2/19/2026 | 2/8/2027 | 354 | MOU is not drafted | | Iowa TRIO | IA TRIO Day at the Capitol |
| 52 | 2/20/2026 | 2/1/2027 | 346 | 9/9/2026 | 201 | Iowa Canvassing Volunteers | Hand Counting of Ballots |
| 53 | 2/23/2026 | 2/23/2027 | 365 | MOU is not drafted | | Iowa Governor's STEM Advisory Council | STEM Day at the Capitol - Iowa Governor's STEM Advisory Council |
| 54 | 2/23/2026 | 2/22/2027 | 364 | MOU is not drafted | | Betsy Fickel | Animals In Our Care |
| 55 | 2/23/2026 | 2/2/2027 | 344 | 9/24/2026 | 213 | Lutheran Services in Iowa | Lutheran Day on the Hill |
| 56 | 2/23/2026 | 1/28/2027 | 339 | 9/8/2026 | 197 | YSS | AMP Annual Day on the Hill |
| 57 | 2/24/2026 | 2/24/2027 | 365 | MOU is not drafted | | Iowa APCO | APCO-NENA Lobby Day |
| 58 | 2/24/2026 | 2/24/2027 | 365 | MOU is not drafted | | Community Colleges for Iowa | Community College Day on the Hill |
| 59 | 2/24/2026 | 2/24/2027 | 365 | MOU is not drafted | | Iowa Alliance of Coalitions for Change (AC4C) | AC4C Youth Substance Use Prevention Day |
| 60 | 2/24/2026 | 2/24/2027 | 365 | MOU is not drafted | | Iowa State University | ISU Day at the Capitol |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 61 | 2/24/2026 | 2/24/2027 | 365 | MOU is not drafted | | Iowa NENA | APCO-NENA Lobby Day |
| 62 | 2/24/2026 | 2/24/2027 | 365 | MOU is not drafted | | Iowa APCO | APCO-NENA Lobby Day |
| 63 | 2/25/2026 | 2/25/2027 | 365 | MOU is not drafted | | Pulse Life Advocates | Prayer for Life |
| 64 | 2/25/2026 | 2/22/2027 | 362 | MOU is not drafted | | Volunteer Iowa | Volunteer Iowa & RSVP Director's Assn. Day at the Capitol |
| 65 | 2/25/2026 | 2/4/2027 | 344 | MOU is not drafted | | Iowa Insurance Day Foundation | Insurance Day on the Hill |
| 66 | 2/26/2026 | 1/21/2027 | 329 | 9/3/2026 | 189 | Iowa Department of Corrections and Iowa Corrections Ass | Department of Corrections Legislative Breakfast |
| 67 | 2/26/2026 | 1/21/2027 | 329 | MOU is not drafted | | Iowa Department of Corrections and Iowa Corrections Ass | Department of Corrections Legislative Breakfast |
| 68 | 3/1/2026 | 3/1/2027 | 365 | MOU is not drafted | | Food & Water Watch | Clean Water for Iowa |
| 69 | 3/2/2026 | 3/2/2027 | 365 | MOU is not drafted | | Iowa Migrant Movement for Justice | Iowa MMJ Lobby Day |
| 70 | 3/2/2026 | 3/2/2027 | 365 | MOU is not drafted | | Iowa Alliance for Choice in Education | Education Celebration |
| 71 | 3/2/2026 | 3/2/2027 | 365 | MOU is not drafted | | Iowa Association of Councils of Governments | ICOG 2027 Legislative Breakfast |
| 72 | 3/2/2026 | 1/21/2027 | 325 | 9/3/2026 | 185 | Professional Educators of Iowa | PEI Day on the Hill |
| 73 | 3/3/2026 | 2/15/2027 | 349 | MOU is not drafted | | University of Northern Iowa | UNI Day at the Capitol |
| 74 | 3/3/2026 | 3/3/2027 | 365 | MOU is not drafted | | Iowa Nurses Association | INA Legislative Day Rotunda Reception |
| 75 | 3/3/2026 | 2/3/2027 | 337 | MOU is not drafted | | American Heart Association | Heart at the Capitol |
| 76 | 3/4/2026 | 3/4/2027 | 365 | MOU is not drafted | | Iowa Hospital Association | Hospital Day on the Hill |
| 77 | 3/4/2026 | 2/18/2027 | 351 | MOU is not drafted | | Iowa CCI Action Fund | CCI Action Lobby Day |
| 78 | 3/6/2026 | 2/22/2027 | 353 | MOU is not drafted | | Planned Parenthood Advocates of Iowa | Planned Parenthood Lobby Day |
| 79 | 3/7/2026 | 12/12/2026 | 280 | 7/15/2026 | 130 | The Satanic Temple Iowa | TST Iowa Holiday Display |
| 80 | 3/8/2026 | 3/8/2027 | 365 | MOU is not drafted | | One Iowa Action | LGBTQ+ Day on the Hill |
| 81 | 3/10/2026 | 3/10/2027 | 365 | MOU is not drafted | | Iowa Environmental Council | Iowa Environmental Council Lobby Day |
| 82 | 3/11/2026 | 3/11/2027 | 365 | MOU is not drafted | | Civil Air Patrol, Iowa Wing | Civil Air Patrol State Legislative Day |
| 83 | 3/11/2026 | 3/4/2027 | 358 | MOU is not drafted | | Hy-Vee, Inc. | Hy-Vee Legislative Breakfast |
| 84 | 3/12/2026 | 3/11/2027 | 364 | MOU is not drafted | | Iowa State Law Officers' Association | Iowa State Reserve Law Officers' Association |
| 85 | 3/12/2026 | 2/1/2027 | 326 | MOU is not drafted | | Iowa Motor Truck Association | Trucking Day at the Capitol |
| 86 | 3/13/2026 | 2/25/2027 | 349 | MOU is not drafted | | RG Schwarm | Iowa Recycling Association and the Iowa Society of Solid Waste Operators Legislative Breakfast |
| 87 | 3/13/2026 | 3/2/2027 | 354 | MOU is not drafted | | Iowa Cultural Coalition | Iowa Cultural Coalition Cultural Advocacy Day |
| 88 | 3/13/2026 | 3/11/2027 | 363 | MOU is not drafted | | Iowa Atheists and Freethinkers | Reason On the Hill |
| 89 | 3/16/2026 | 3/16/2027 | 365 | MOU is not drafted | | Iowa Firearms Coalition | IFC 2A Day @ The Capitol |
| 90 | 3/16/2026 | 3/3/2027 | 352 | MOU is not drafted | | Iowa Nurse Practitioner Society | Nurse Practitioner Capitol Day |
| 91 | 3/17/2026 | 3/17/2027 | 365 | MOU is not drafted | | Iowa Extension Council Association | Extension and 4-H Voices at the Capitol |
| 92 | 3/17/2026 | 3/17/2027 | 365 | MOU is not drafted | | Dagan | Legislative Breakfast |
| 93 | 3/17/2026 | 2/17/2027 | 337 | MOU is not drafted | | Iowa Homeless Coalition | Iowa Homeless Coalition Day on the Hill |
| 94 | 3/18/2026 | 3/17/2027 | 364 | MOU is not drafted | | Iowa Coalition Against Domestic Violence | Victim Service Providers Day at the Capitol |
| 95 | 3/23/2026 | 3/23/2027 | 365 | MOU is not drafted | | American Massage Therapy Association Iowa | AMTA Iowa Lobby Day |
| 96 | 3/24/2026 | 3/24/2027 | 365 | MOU is not drafted | | Iowa Bankers Association | Bankers Day on the Hill |
| 97 | 3/24/2026 | 3/24/2027 | 365 | MOU is not drafted | | Ryan Crane | NAMI Iowa - Mental Health Day on the Hill |
| 98 | 3/24/2026 | 2/11/2027 | 324 | MOU is not drafted | | Iowa Black, Brown Legislative Caucus | Annual Black History Month |
| 99 | 3/25/2026 | 3/25/2027 | 365 | MOU is not drafted | | Iowa DNR | Gift to Iowa's Future Day |
| 100 | 3/25/2026 | 2/9/2027 | 321 | MOU is not drafted | | Bridges of Iowa Inc. | Bridges of Iowa Legislative Day |
| 101 | 3/26/2026 | 3/22/2027 | 361 | MOU is not drafted | | Iowa Federation of Republican Women | Iowa Federation of Republican Women's Day on the Hill |
| 102 | 3/27/2026 | 3/2/2027 | 340 | MOU is not drafted | | Iowa Grocery Industry Association | Iowa Grocers Legislative Breakfast |
| 103 | 3/30/2026 | 3/30/2027 | 365 | MOU is not drafted | | Iowa Motor Truck Association | Trucking Day at the Capitol |
| 104 | 3/30/2026 | 3/29/2027 | 364 | MOU is not drafted | | Office of Undergraduate Research | Research in the Capitol |
| 105 | 3/31/2026 | 3/31/2027 | 365 | MOU is not drafted | | The Arc of Iowa | Iowa Disability Advocates Day |
| 106 | 4/6/2026 | 4/6/2027 | 365 | MOU is not drafted | | Iowa Propane Gas Association | IPGA Day on the Hill |
| 107 | 4/8/2026 | 4/6/2027 | 363 | MOU is not drafted | | Association of Iowa Fairs | Association of Iowa Fairs Legislative Social |
| 108 | 4/9/2026 | 4/1/2027 | 357 | MOU is not drafted | | FIRST Robotics | FIRST Robotics Day |
| 109 | 4/9/2026 | 4/5/2027 | 361 | MOU is not drafted | | Greater Mason City Chamber of Commerce | North Iowa Day on the Hill |
| 110 | 4/14/2026 | 2/8/2027 | 300 | MOU is not drafted | | Hemophilia of Iowa DBA Bleeding Disorders of the Heartl | Bleeding Disorders of the Heartland Advocacy Day 2027 |
| 111 | 4/16/2026 | 4/13/2027 | 362 | MOU is not drafted | | Iowa Religious Freedom Day | Iowa Religious Freedom Day |
| 112 | 4/17/2026 | 1/14/2027 | 272 | 9/2/2026 | 138 | Recovery Community Organizations | Recovery Day on the Hill |
| 113 | 4/21/2026 | 2/22/2027 | 307 | MOU is not drafted | | League of Women Voters of Iowa | League of Women Voters of Iowa Capitol Day |
| 114 | 4/24/2026 | 2/1/2027 | 283 | 9/8/2026 | 137 | Learning Disabilities Association of Iowa | Learning Disabilities Association of Iowa Day on the Hill |
| 115 | 4/28/2026 | 1/12/2027 | 259 | 9/2/2026 | 127 | Gold Ribbon Mom and Dad | Gold Ribbon Mom and Dad on the Hill |
| 116 | 4/28/2026 | 3/30/2027 | 336 | MOU is not drafted | | Iowa Access Centers | Iowa Access Centers |
| 117 | 4/29/2026 | 3/15/2027 | 320 | MOU is not drafted | | Homeschool Iowa | Homeschool Iowa Capitol Day 2027 |
| 118 | 5/5/2026 | 3/30/2027 | 329 | MOU is not drafted | | Love For Red | Love For Red - Day on the Hill |
| 119 | 5/5/2026 | 3/16/2027 | 315 | MOU is not drafted | | Iowa Association of Community Providers | IACP Hill Day |
| 120 | 5/6/2026 | 4/6/2027 | 335 | MOU is not drafted | | Iowa Flood Center | Iowa Flood Center Legislative Breakfast |
| 121 | 5/13/2026 | 5/6/2027 | 358 | MOU is not drafted | | The FAMiLY Leader | National Day of Prayer |
| 122 | 5/15/2026 | 3/18/2027 | 307 | MOU is not drafted | | Iowa Housing Partnership | Iowa Housing Partnership Breakfast |
| 123 | 5/22/2026 | 3/17/2027 | 299 | MOU is not drafted | | Iowa Public Transit Association | Iowa Public Transit Association Day on the Hill |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 124 | 6/19/2026 | 3/18/2027 | 272 | MOU is not drafted | | CSA | Community Support Advocates Hill Day |
| 125 | 6/22/2026 | 6/19/2027 | 362 | MOU is not drafted | | Pulse Life Advocates | Iowa March for Life |
| 126 | 6/22/2026 | 2/17/2027 | 240 | MOU is not drafted | | Iowa Manufactured Home Residents Network | Iowa Manufactured Home Residents' Day at the Capitol |
| 127 | 1/13/2026 | 9/7/2026 | 237 | 7/20/2026 | 188 | South Central Iowa Federation of Labor, AFL-CIO | Labor Day Parade |
| 128 | 2/5/2026 | 8/12/2026 | 188 | 7/15/2026 | 160 | Iowa State Fair | Iowa State Fair Kick-Off Parade |
| 129 | 2/25/2026 | 8/13/2026 | 169 | 7/17/2026 | 142 | DART (Des Moines Area Regional Transit Authority) | Iowa State Fair Park and Ride |