**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| THE SATANIC TEMPLE, INC. and MORTIMER ADRAMELECH,<br>*Plaintiffs*,<br>v.<br>MARK CAMPBELL, DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his official and individual capacities, ADAM STEEN, FORMER DIRECTOR OF THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES, in his individual capacity, and THE IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br>*Defendants.* | Case No. 4:26-cv-336-SMR-HCA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Mark Campbell appeals to the United States Court of Appeals for the Eighth Circuit the district court's order (Dkt. 52), dated and filed on November 2, 2026, granting Plaintiffs' motion for a preliminary injunction, which was filed on August 13, 2026 (Dkt. 3).

November 2, 2026

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan________
ERIC WESSAN
*Solicitor General*

LINDSEY BROWNING
*Assistant Attorney General,*
*Agency Counsel Division*

PATRICK C. VALENCIA
*Deputy Solicitor General*

CATHERINE FRAPPIER
*Assistant Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
lindsey.browning@ag.iowa.gov
patrick.valencia@ag.iowa.gov
catherine.frappier@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*