**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

# Notice of Appeal Supplement

Case Name: The Satanic Temple, Inc. et al vs. Mark Campbell et al.

District Court Case Number: 4:26-cv-00336-SMR-HCA

Appeal Fee (505.00) Status: Pd X IFP ____ Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA ____ Retained X Pro Se ____ Pro Bono ____ FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel X Pro Se ____

Any reason why counsel should not be appointed: N/A

Certificate of Appealability: Denied ____ Granted ____ Not Issue X

Pending post Judgment motions: Yes ____ No X

If so, type of motion(s) and docket entry number:

______________________________

High Public Interest Case: Yes X No ____

Simultaneous Opinion release Requested: Yes X No ____

Trial Held: Bench ____ Jury ____ No X

Court Reporter: Yes X No ____

Reporter's Name: KELLI M. MULCAHY

Appealing: Order prior to final judgment X or final judgment ____

***File this form with the Notice of Appeal***