## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: The Satanic Temple, Inc. et al vs. Iowa Department of Administrative

District Court Case Number: 4:26-cv-00336-SMR-HCA

Appeal Fee (605.00) Status: Pd ✔ IFP ____ Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA ____ Retained ✔ Pro Se ____ Pro Bono ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel ✔ Pro Se ____

Any reason why counsel should not be appointed: ____

Certificate of Appealability: Denied ____ Granted ____ Not Issue ____

Pending post Judgment motions: Yes ✔ No ____

If so, type of motion(s) and docket entry number:

[55] Motion to Stay Pending Appeal

High Public Interest Case: Yes ____ No ✔

Simultaneous Opinion release Requested: Yes ____ No ✔

Trial Held: Bench ____ Jury ____ No ✔

Court Reporter: Yes ✔ No ____

Reporter's Name: Kelli Mulcahy, 515-284-6219

Appealing: Order prior to final judgment ✔ or final judgment ____

***File this form with the Notice of Appeal***