**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-3281

The Satanic Temple, Inc. and Mortimer Adramelech

Appellees

v.

Mark Campbell, in his Individual Capacity and Official Capacity as the Director of the Iowa Department of Administrative Services, et al.

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:26-cv-00336-SMR)

---

**ORDER**

The Emergency Motion for a Stay Pending Appeal and an Immediate Administrative Stay is granted in part. The district court's order of November 2, 2026, and all compliance deadlines in that order, are administratively stayed until December 4, 2026. Appellees have already filed a response in opposition to the motion for stay which was docketed earlier today on November 10, 2026. Director Campbell is directed to file any reply on or before November 23, 2026. Director Campbell's motion for an expedited appeal is denied as moot.

November 10, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler