**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and MORTIMER ADRAMELECH,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CAMPBELL, in his Individual Capacity and Official Capacity as the Director of the Iowa Department of Administrative Services, ADAM STEEN, in his Individual Capacity, and IOWA DEPARTMENT OF ADMINISTRATIVE SERVICES,<br><br>Defendants. | Case No. 4:26-cv-00336-SMR-HCA<br><br>**DEFENDANTS' MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

---

**DEFENDANTS' UNOPPOSED MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL**

Defendants Mark Campbell, Adam Steen, and the Iowa Department of Administrative Services respectfully move the Court for an order staying further district court proceedings pending the Eighth Circuit's December 4, 2026 deadline to rule on the motion to stay. In support of their motion, Defendants state as follows:

1. Plaintiffs filed this action on August 13, 2026, asserting claims under the First Amendment for free speech, free exercise, and equal protection, along with claims under the Iowa Civil Rights Act and the Iowa Religious Freedom Restoration Act. Dkt. 1; Dkt. 9-1.

2. Plaintiffs moved the same day for a preliminary injunction directing Director Campbell to permit their proposed December 12, 2026 event in the Capitol Rotunda. Dkt. 3.
3. Defendants resisted that motion. Dkt. 29.
4. The Court held an evidentiary hearing on October 6, 2026, at which four witnesses testified.
5. On November 2, 2026, the Court granted Plaintiffs' motion on their First Amendment free speech claim. Dkt. 52.
6. Director Campbell timely filed a notice of interlocutory appeal under 28 U.S.C. § 1292(a)(1) on November 2, 2026. Dkt. 53.
7. Director Campbell moved for a stay pending appeal, Dkt. 55, which the Court denied in part on November 4, 2026, while administratively staying the compliance deadlines in its November 2 order, Dkt. 57.
8. The appeal is docketed as *The Satanic Temple, Inc. v. Campbell*, No. 26-3281 (8th Cir.).
9. On November 10, 2026, the Eighth Circuit granted in part Director Campbell's emergency motion for a stay pending appeal, administratively staying this Court's November 2 order and all compliance deadlines in that order until December 4, 2026, and directing Director Campbell to file any reply on or before November 23, 2026. The motion for a stay pending appeal remains pending in the Eighth Circuit. Dkt. 63.

10. The filing of the notice of appeal divested this Court of control over those aspects of the case involved in the appeal. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).

11. Moving forward with any further district court proceedings without the Eighth Circuit's guidance could lead to significant duplication of efforts. Resolution of the underlying issues will be affected by the Eighth Circuit's explanation of the applicable legal standard in at least two key ways.

12. *First*, the appeal presents the First Amendment framework that governs the remainder of this case: whether the Capitol Rotunda is a limited public forum for purposes of event access, whether the Department's harmful-to-minors policy supplies a reasonable ground for denying an event in that forum, and whether the denial was viewpoint neutral. This Court addressed each question in granting preliminary relief. Dkt. 52 at 7–20. Each will recur if the case proceeds on the merits.

13. *Second*, the appeal presents the proper scope of equitable relief against a state official, including whether an order directing the Director to execute an instrument prescribed by state regulation sweeps beyond the violation the Court found. Dkt. 52 at 23–24.

14. Meanwhile, this Court's November 2 order remains in force, subject to the Eighth Circuit's administrative stay and any subsequent relief the Eighth Circuit may grant. Defendants do not ask this Court to revisit that order or its November 4 ruling; they ask only that further proceedings in this Court be held pending the

December 4, 2026 deadline, including resetting the deadline to answer or move to dismiss until after that date.

15. In the interest of judicial economy and efficiency, Defendants request a stay of further case proceedings until December 4, 2026. *See* Order, *GLBT Youth in Iowa Schools Task Force v. Reynolds*, No. 24-1075 (8th Cir. May 28, 2024) (staying district court proceedings pending preliminary-injunction appeal); Order, *Iowa Safe Schools v. Reynolds*, No. 4:23-cv-00474-SHL-SBJ (S.D. Iowa June 16, 2025), Dkt. 148 (same).
16. Defendants' counsel certifies that this motion is made in good faith and not for the purpose of delay.
17. Counsel for Defendants conferred with counsel for Plaintiffs on November 11, 2026. Plaintiffs consent to the relief requested.

WHEREFORE, Defendants respectfully request that the Court (1) stay further district court proceedings until December 4, 2026; (2) stay the current deadline to file an answer or motion to dismiss; and (3) direct the parties to file a joint status report proposing a schedule within fourteen days after the Eighth Circuit issues its mandate on the stay.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric Wessan*
ERIC WESSAN
Solicitor General
PATRICK C. VALENCIA
Deputy Solicitor General
CATHERINE FRAPPIER
Assistant Solicitor General
Iowa Department of Justice

Hoover State Office Building
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
catherine.frappier@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

Original filed electronically.
Copy electronically served on all parties of record.